IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR56 |
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| TROY GEE, | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 40). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 40) are adopted in their entirety;

2.  The Government's Motion to Dismiss Counts III, IV, V, VI, VII, IX, X, XI, XIII, and XIV of the Indictment (Filing No. 39) is granted; and

3.  The Defendant's Motion to Dismiss Counts III, IV, V, VI, VII, IX, X, XI, XIII, and XIV (Filing No. 30) is denied as moot.

DATED this 22nd day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge